**FILED**
Samuel L. Kay, Clerk
**United States Bankruptcy Court**
**Augusta, Georgia**
*By jpayton at 4:11 pm, Jul 18, 2011*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE

SOUTHERN DISTRICT OF GEORGIA
Dublin Division

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| | ) | Number <u>10-30055</u> |
| HLJ Enterprises, Inc., | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |

## <u>ORDER</u>

Before the Court is a motion for relief from the stay filed by James C. Garner and April H. Garner ("the Garners") seeking relief from the stay to pursue an action pending in the Superior Court of Treutlen County ("the state court action") against HLJ Enterprises, Inc. ("Debtor") relating to the construction of the Garners' home by Debtor. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(G) and the Court has jurisdiction pursuant to 28 U.S.C. §1334.

At the hearing held on the matter, the parties consented to the motion for relief from stay as follows: The Garners' Motion for Relief from Stay is ORDERED GRANTED and the Garners may proceed in the prosecution of the state court action nominally against Debtor to conduct and conclude discovery, engage in motion and pre-trial proceedings, settlement discussions, and trial of the state court action and any appeal, thereof; provided however, the

Garners shall not seek to enforce any judgment against Debtor or property of the bankruptcy estate without further order of this Court.

_Susan D. Barrett_

SUSAN D. BARRETT
CHIEF UNITED STATES BANKRUPTCY JUDGE

Dated at Augusta, Georgia
this __15th__ Day of July 2011.

2