FILED
Samuel L. Kay, Clerk
United States Bankruptcy Court
Augusta, Georgia
By jpayton at 2:10 pm, Aug 10, 2011

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

IN RE: :
: CHAPTER 7 Bankruptcy
HLJ ENTERPRISES, INC., :
: CASE NUMBER: 10-30055-SDB
          Debtor. :

## CONSENT ORDER GRANTING RELIEF

This cause coming on to be heard on June 21, 2011, upon the motion of FIRST LAURENS BANK for relief of the automatic stay, the Court having jurisdiction of the subject matter and of the parties hereto, and being fully advised in the premises, and Debtor having consented to the relief,

IT IS HEREBY ORDERED that the automatic stay entered in this cause is modified as to permit FIRST LAURENS BANK, it servicers, successors, and/or assigns, to commence or continue with foreclosure proceedings and/or state court proceedings as against the Debtor with respect to its liens on the following property: deed to secure debt dated November 17, 2008, for property located at 819 Mount Vernon Road, Soperton, Georgia; deed to secure debt dated November 27, 2007, for property located at 2317 Fordham Road, Rentz, Georgia; deed to secure debt dated January 8, 2008, for property located at 430 Louisiana Avenue, Soperton, Georgia; deed to secure debt dated November 27, 2008, for property located at 1357 Baker Church Road, Rentz, Georgia; deed to secure debt dated December 5, 2008, for property located at 2147 Proctor Street, Rentz, Georgia; deed to secure debt dated December 5, 2008, for property located at 920 Circle Drive, Rentz, Georgia ; deed to secure debt dated December 5, 2008, for property located at 940 Circle Drive, Rentz, Georgia; deed to secure debt dated December 5, 2008, for property located at 987 Rentz Dexter Road, Rentz, Georgia; deed to secure debt dated December 5, 2008, for property located at 2058 College Street, Rentz, Georgia; 2004 Cat 247B Brawler Street Loader SN CATG0247BLMTL00562; and 1998 Palmetta II Mobile Home SN PH231607.

By stipulation of the Debtor and Movant, this Order granting relief from stay shall not take effect until after July 21, 2011.

IT IS FURTHER ORDERED that the provisions of Rule 4001 a(3) are waived.

Dated: 8/10/2011

*Susan D. Barrett*
HON. SUSAN D. BARRETT
Judge, U.S. Bankruptcy Court

PREPARED AND SUBMITTED BY:
DANIEL M. KING, JR., Esq.
Attorney for FIRST LAURENS BANK
Georgia Bar Number: 420143
KING LAW GROUP
617 Bellevue Avenue (31021)
P.O. Box 4329
Dublin, Georgia 31040
(478) 275-2255
danking@kinglawgroup.net